UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| AMY FLETCHER,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 2:20-cv-00512<br><br>Magistrate Judge Daphne A. Oberg |

IT IS ORDERED AND ADJUDGED that judgment is granted in favor of Defendant Discover Financial Services and against Plaintiff Amy Fletcher.

DATED this 26th day of August, 2022.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge